IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  03-cr-00621-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

15.    TARA LYNN SELLERS,

       Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Tara Lynn Sellers, USMS # 32503013 before Chief Judge Lewis T. Babcock on February 14, 2006 at 8:30 a.m., for a supervised release hearing upon the charges in the Indictment, and to hold her at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where she is now confined.

SO ORDERED this  3rd  day of  January , 2006.

                                              s/Lewis T. Babcock
                                              LEWIS T. BABCOCK, CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT
                                              DISTRICT OF COLORADO