IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00621-LTB-15

UNITED STATES OF AMERICA,

    Plaintiff,

v.

15. TARA LYNN SELLERS,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce said defendant before United States District Court Chief Judge Lewis T. Babcock, on _March 30, 2006_ at _9:30 a.m._, for supervised release violation/modification hearing upon the charge aforesaid, and to hold her at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, thereafter to return the defendant to the institution wherein now confined.

SO ORDERED this _22nd_ day of _March_, 2006.

    _/s/ Lewis T. Babcock_
    LEWIS T. BABCOCK, CHIEF JUDGE
    UNITED STATES DISTRICT COURT
    DISTRICT OF COLORADO